THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JOSEPH DESMONDE BAUGHNS, | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 3:22-CV-20 (CAR) (CHW) |
| v. | : | |
| | : | |
| Sheriff JOHN Q. WILLIAMS, et al, | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 10] to dismiss Plaintiff's claims against Defendant Jessica Goings. Plaintiff filed a Motion for Reconsideration [Doc. 15] which the Court has construed as an Objection to the United States Magistrate Judge's Recommendation to dismiss Plaintiff's claims against Goings. In his Motion, Plaintiff states that he does not understand what the Court is asking, and he states that he will again file a motion to appoint counsel.[1]

In his Motion, Plaintiff offers no reasoning or factual basis for objecting to the Recommendation. As the Magistrate Judge correctly noted, Plaintiff has made no

---

[1] The United States Magistrate Judge denied both of Plaintiff's Motions to Appoint Counsel, *see* Doc. 3; Doc. 17.

allegations against Goings and "section 1983 requires proof of an affirmative causal connection between the actions taken by a particular person under color of state law and the constitutional deprivation."[2] Therefore, Plaintiff's claims against Goings must be **DISMISSED**.

This Court has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. Having done so, the Court finds the Objection to be without merit. Accordingly, the Magistrate Judge's Recommendation [Doc. 10] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**. As Plaintiff's objection has been overruled, his Motion for Reconsideration [Doc. 15] is likewise **DENIED**. Plaintiff's claims against Goings are **DISMISSED,** while Plaintiff's claims against claims Defendants Williams, Carter, and Slay may proceed forward for further factual development.

**SO ORDERED**, this 27th day of June, 2022.

s/ C. Ashley Royal_____  
C. ASHLEY ROYAL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT

---

[2] Order and Recommendation of the United States Magistrate Judge, Doc. 10 at p. 7, (quoting *LaMarca v. Turner*, 995 F.2d 1526, 1538 (11th Cir. 1993) (internal quotation marks and citations omitted)).