# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **JOSEPH DESMONDE BAUGHNS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 3:22-CV-20-CAR-CHW |
| | : | |
| **JOHN Q. WILLIAMS,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 30] to grant Defendants Williams, Carter, and Slay's Motion to Dismiss [Doc. 26] and dismiss Plaintiff's Complaint on the ground that Plaintiff failed to exhaust available administrative remedies. Plaintiff did not file an objection to the Report and Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

1

Accordingly, the Recommendation [Doc. 30] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motion to Dismiss [Doc. 26] is **GRANTED**, and Plaintiff's Complaint [Doc. 1] is hereby **DISMISSED**.

**SO ORDERED,** this 6th day of December, 2022.

s/ C. Ashley Royal\
C. ASHLEY ROYAL, SENIOR JUDGE\
UNITED STATES DISTRICT COURT
